UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 19 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MARION DENNIS MURRAY, :
: 
Plaintiff, :
:
v. : Civil Action No. 17-1102 (UNA)
:
WARDEN FREDERICK J. HEAD, et al., :
:
Defendanst. :

## MEMORANDUM OPINION AND ORDER

Because this plaintiff is barred from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g), the Court denied his application to proceed *in forma pauperis* and dismissed this action without prejudice. Plaintiff was advised that he could file a motion to reopen this case upon payment in full of the $350 filing fee. On July 5, 2017, he paid the filing fee. The Court proceeds as if plaintiff had filed a motion to reopen the case, and the motion will be denied.

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to

1

determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court has reviewed the complaint and finds it unintelligible. Plaintiff purports to bring a "Reverse FOIA Suit," *see* Compl. at 1, 5, yet his pleading neither mentions a request for information under the Freedom of Information Act, *see* 5 U.S.C. § 552, nor his interest in preventing the disclosure of information by a federal government agency. The complaint does not state the grounds upon which this court's jurisdiction depends, include a statement of a cognizable claim showing plaintiff's entitlement to relief, or demand any particular form of relief. As drafted, the complaint fails to meet the standard set forth in Rule 8(a).

Accordingly, it is hereby

ORDERED that the plaintiff's motion to reopen the case is DENIED.

SO ORDERED.

DATE: July 19, 2017

_____
United States District Judge